Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon  ☑    FILED 27 FEB '24 11:43 USDC-ORP

_____Civil__ Division

| | |
|---|---|
| Brandon Adams | Case No. 3:24-CV-354-YY |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| PACER | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brandon Adams |
   | Street Address | 2701 North Rainbow Blvd #2095 |
   | City and County | Las Vegas, |
   | State and Zip Code | Nevada 89108 |
   | Telephone Number | 725-248-1937 |
   | E-mail Address | badams1273@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: PACER
- Job or Title *(if known)*:
- Street Address: P.O. Box 5208
- City and County: Portland
- State and Zip Code: OR 97208
- Telephone Number:
- E-mail Address *(if known)*: pacer@psc.uscourts.gov

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983) Seventh, Fourteenth Amendment, Article VI Supreme Law
Clause 2 Supremacy Clause Simmons v. Abruzzo, 49 F.3d 83 (2d Cir. 1995) Dairy Queen, Inc. v. Wood, 369 U.S. 469 (1962) Biffle v. Morton Rubber Industries, Inc., 785 S.W.2d 143 (Tex. 1990) Owen v. City of Independence, 445 U.S. 622 (1980) Donovan v. FirstCredit, Inc., 983 F.3d 246 (6th Cir. 2020)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
$200,000 not able to access court documents preventing me from access to my cases filed violation of Federal & Constitutional right to access documents Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
PACER has FRAUDULENT charges and has blocked my access to court documents. See documents and Color of Law Forms and Demand Letters sent

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Immediate access to PACER and grant monetary relief for FEDERAL & CONSTITUTIONAL Rights Violations.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2024

Signature of Plaintiff: *Brandon Adams*
Printed Name of Plaintiff: Brandon Adams

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Your fax has been delivered

From: Notification - PDFfiller (noreply@pdffiller.com)

To: badams1273@yahoo.com

Date: Tuesday, February 20, 2024 at 03:05 PM PST



Hello,

A fax that you recently sent with PDFfiller has been delivered.

Fax Details:
Document: *Complaint for a Civil Complaint District of Oregon.pdf*
Result Code: *SUCCESS*
Recipient #: *12022258941*
Pages Sent: *5*

Please note that it may take a few minutes for the fax to finish processing and be available to your recipient.

Thank you for using PDFfiller, and please don't hesitate to contact support if you have any questions!

The PDFfiller Team

Please do not reply to this email, If you would like to contact support, please click below.

Twitter   Facebook   Linkedin   Blog   Forgot Password?   Support   Terms of Service   Privacy Policy

If you no longer wish to receive communication from pdfFiller, please click here.

## PACER COL & Demand Letter

From: Brandon Adams (badams1273@yahoo.com)
To: badams1273@yahoo.com
Date: Wednesday, December 20, 2023 at 06:01 AM PST



BRANDON ADAMS
2701 N RAINBOW BLVD
# 2095
LAS VEGAS NV 89108

PACER SEVICE CENTER
ANNA MARIE—GARCIA
PO BOX 5208
PORTLAND OR 97208—5208

Shipped using PostalMate
Pkg: 6S281

Sent from Yahoo Mail on Android

| Form **COL** | **Violation Warning** <br> **Denial of Rights Under Color of Law** |
|---|---|

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Brandon Gerard Adams <br> 2701 North Rainbow Blvd #2095 <br> Las Vegas, NV 89108 | U.S. Courts : PACER <br> P.O Box 5208 <br> Portland, OR 97208-5208 |

Citizen's statement:

Violations of First Amendment, Sixth Amendment 18 USC 2071 & 15 USC 1692 Article VI, Clause 2 have blocked my access to court records "FRAUD UPON THE COURT" FRAUDULENT Filings by court clerk J. Callo in case 2:23-cv-00251-GMN-BMW & Ninth Circuit Appeals altered documents & all clerks filing additional documents to conceal filings under RECUSED 28 USC 455 judges.

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

▶ *Brandon G. Adams*    Date ▶ 03/08/2023

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to **coerce** or **deceive** a citizen to surrender his **Constitutional Rights** is a **Federal Crime**. Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____ certify that I personally delivered this notice to above named recipient

and address on _____ at _____ (am/pm).

Public Domain—Privacy Form COL(02)